■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GAMEL CHERRY, Appellant. [56 NYS3d 887]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 18, 2007 (*People v Cherry*, 46 AD3d 834 [2007]), affirming a judgment of the Supreme Court, Kings County, rendered July 29, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Mastro, J.P., Balkin, Sgroi and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON COLON, Appellant. [56 NYS3d 884]—Appeals by the defendant, as limited by his motion, from three sentences of the Supreme Court, Kings County (Murphy, J.), all imposed August 26, 2015, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waivers of his right to appeal were invalid (*see People v Bradshaw*, 18 NY3d 257, 264-265 [2011]) and, thus, do not preclude review of his excessive sentence claims. However, contrary to the defendant's contention, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Cohen, Miller and LaSalle, JJ., concur.